IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA\
SOUTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| v. | * | Criminal No. 10-00305-KD-B |
| | * | |
| **CHUONG VAN DUONG,** | * | |
| *aka* **BING** | * | |

## PRELIMINARY ORDER OF FORFEITURE

WHEREAS, on May 31, 2011, a jury in this district found the Defendant, **CHUONG VAN DUONG** guilty as to Counts One, Three and Four of the Indictment and determined the United States was entitled to forfeiture in the amount of $4,800.00, representing proceeds from the offenses alleged in the Indictment, and

WHEREAS, the United States has filed a Motion for Preliminary Order of Forfeiture which would consist of a personal money judgment against the Defendant in the amount of **$4,800.00**, and

WHEREAS, Rule 32.2(c)(1) provides that "no ancillary proceeding is required to the extent that the forfeiture consists of a money judgment,"

NOW THEREFORE, IT IS HEREBY **ORDERED, ADJUDGED AND DECREED** that the Defendant shall forfeit to the United States the sum of **$4,800.00** pursuant to Title 21, United States Code, Section 853.

IT IS FURTHER **ORDERED** that the United States District Court shall retain jurisdiction in the case for the purpose of enforcing this Order; and

IT IS FURTHER **ORDERED** that pursuant to Rule 32.2(b)(3), this Preliminary Order of Forfeiture shall become final as to the defendant at the time of sentencing and shall be made part

of the sentence and included in the judgment; and

IT IS FURTHER **ORDERED** that the United States may, at any time, move pursuant to Rule 32.2(e) to amend this Preliminary Order of Forfeiture to include substitute property pursuant to Title 21, United States Code, Section 853(p), having a value not to exceed **$4,800.00,** to satisfy the money judgment in whole or in part; and

IT IS FURTHER **ORDERED** that the Clerk of the Court shall forward three (3) certified copies of this Amended Order to United States Attorney's Office, Southern District of Alabama, Attention: Assistant U. S. Attorney Gloria A. Bedwell.

**DONE** and **ORDERED** this the **12th** day of **August 2011.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**